| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **APP CARWASH LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders** 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim ||| 
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Paras Sharma<br>4158 Cardinal Court<br>Northbrook, IL 60062 | | Business Debt | Contingent | | | $19,200.00 |
| 2 | SBA | | Business Debt | Contingent | | | $14,300.00 |
| 3 | City of Chicago - Utlity Billing<br>PO Box 6330<br>Chicago, IL 60680-6330 | | Business Debt | Contingent | | | $6,742.16 |
| 4 | People's Gas<br>PO Box 6050<br>Carol Stream, IL 60197-6050 | | Business Debt | Contingent | | | $1,324.37 |
| 5 | COMED<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | | Business Debt | Contingent | | | $1,260.27 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1